16CV1277



IN THE
United States District Court of
Greensboro, North Carolina

| | |
|---|---|
| John Robert Demos, And The Society of T.R.U.T.H. (Plaintiff's) vs Reynolds American Inc, Phillip Morris Intl, Inc, Lorillard Inc, Altria Group Inc, (Defendants) | U.S.D.C. Case No: _____ "The Anti-Trust Civil Process Act", "And Anti-Trust Complaint," Pursuant To, The 1890 Sherman Anti-Trust Act, The 1914 Clayton Act, And 1914 Federal Trade Commission Act, The Noerr-Pennington Doctrine, 15 USCS 1, 1311, 7, 12, 27; 28 USCS 1332; 365 U.S. 127, 381 U.S. 657, 116 U.S. 517, 221 U.S. 1, 384 U.S. 270, 312 U.S. 600, 577 F.2d 239, 310 U.S. 150, 435 U.S. 389, 250 U.S. 300, 419 U.S. 186, 173 F. 177, 226 U.S. 61; 28 Stat. 570, |

To: The Clerk of the Court.

Comes Now The Plaintiff's Who Aver, And Depose The Following Under The Pain And Penalty of Perjury.

A: That The Named Defendants In This Complaint Are Engaged In An Unreasonable Restraint of Trade, by Way of A Conspiracy, Contract, or Combination In Restraint of Trade, or Monopolization, or Attempt To Monopolize, 554 F.2d 633, 679 F.3d 278, 673 F.3d 430, by way of (1) Unity of Purpose, (2) Common Design, (3) Understanding, (4) A meeting of the minds, (5) Specific Intent, (6) Collusion, 602 F.3d 237,

#1

# ARGUMENT

I CHARGE, Reynolds American Inc, Phillip Morris Intl Inc, Lorillard Inc, Attria Group Inc,

With being in violation of the U.S. Anti-Trust laws, And with being in violation of the 1890 Sherman Anti-Trust Act.

The Activities of,
  Attria Group Inc,
  Phillip Morris,
  Lorillard Inc,
  Reynolds American Inc,

Pose a threat to the free market and restrain competition, which it cannot do.

The Practices of,
  The Named Defendants,

#2.

are collusive, exclusionary, and monopolistic, and restrain competition, which poses a danger of increased prices, reduced output, quality, and innovation, in the market place, in violation of the 1914 Clayton Act, and Federal Trade Commission Act, which prohibits every contract, combination, or conspiracy in restraint of interstate or foreign trade, or commerce.

The named defendants,

Altria Group Inc,
Phillip Morris,
Reynolds American,
Lorillard Inc,

Practices of price discrimination, tying arrangements, exclusive dealing, mergers, and inter-locking directorates, constitute unfair methods of competition, and constitute a danger to the maintenance of the American free enterprise system.

The named defendants,

#3.

system of vertical and horizontal agreements, mergers, and single firm activities directed toward the acquisition and maintenance of a monopoly, violate Anti-Trust law against predatory behavior in restraint of trade, to include trusts, holding companies, cartels, and mergers and acquisitions.

The actions of the named defendants,
Reynolds American Inc,
Phillip Morris,
Lorillard Inc,
Attria Group,

deflate economic opportunity, stagnate fair consumer prices, efficiency, and political liberty which leads to price fixing.

The named defendants,
Reynolds American,
Phillip Morris,
Lorillard Inc,
Attria Group,

Economic concentration, dominant market power, is wrongful conduct, as opposed to competition on the merits.

In the field of  SMOKING TOBACCO _____

_____

The named defendants are the dominant industry incumbents, which allows them to control the market and institute predatory pricing. None of the defendants actions can be justified under the umbrella of efficiency, as the named defendants sole motivation is to thwart the possible rise of effective new competition to the named defendants monopoly in _____

   SMOKING TOBACCO _____

As further evidence in support, the named defendants competitors rank near the bottom of the list.

Plaintiff's John Demos and the Society of T.R.U.T.H. bring this action in the capacity of a private attorney general.

### Relief

1. I seek a jury trial.
   I seek $25 million in hedonic, compensatory, declaratory, treble, punitive, continuing, general, pecuniary, and special damages.

#5

# Conclusion

1. The period of this conspiracy has been indefinite, and for at least 25+ years.

2. The object of the conspiracy is to control the market, effecuate prices, and restrain trade.

3. The named defendants to achieve their objective have engaged in

   A: Collusion,
   B: A combination or conspiracy, between defendants,
   C: A conspiracy to maintain price, fix prices,
   D: A restraint upon interstate commerce,
   E: A public, and a private injury,
   F: A contract, combination, conspiracy, and monopolization,
   G: A concerted action to restrain trade, and institute an anti-competitive market.
   H: False information to the media,
   I: Acquiescence, and secrecy,
   J: Parallel pricing,
   K: A combination to effecuate an international price fixing scheme,

#6.

The C.E.O. & Address of the Named Defendants

1. Reynolds American Inc - 401 North Main Street
Winston-Salem, North Carolina. 27101
Daniel M. Delen - C.E.O.

2. Phillip Morris Intl. Inc - 120 Park Avenue, N.Y., N.Y. 10017
Louis C. Camilleri - C.E.O.

3. Lorillard Inc - 714 Green Valley Road
Greensboro, North Carolina.
Murray S. Kessler - C.E.O.

4. Altria Group Inc - 6601 West Broad Street
Richmond, Virginia. 23230
Michael E. Szymanczyk - C.E.O.

#7.

# AFFIDAVIT

STATE OF WASHINGTON )
 ) ss:
COUNTY OF WALLA WALLA )

I, John Robert Demos, declare under penalty of perjury that the following statements within this affidavit are true and correct to the best of my knowledge and has been executed on this 20th day of October, 2016, at THE WASHINGTON STATE PENITENTIARY in the County of Walla Walla, Washington:

MEMORANDA OF LAW IN SUPPORT OF ANTI-TRUST COMPLAINT.

370 U.S. 690,
381 F.Supp. 845,
82 F.Supp. 147,
441 F.Supp. 730,
369 F.2d 19,
148 F.2d 416,
173 F. 177,
339 F.Supp. 945,
528 U.S. 549,
550 U.S. 544,
384 U.S. 270,
288 U.S. 344,
226 U.S. 61,

THE ANTI-RACKETEERING ACT,
THE NORRIS-LAGUARDIA ACT,
THE WEBB-POMERENCE ACT,
THE ROBINSON-PATMAN ACT,
THE CAPPER-VOLSTEAD ACT,
THE ECONOMY ACT,
THE POWER ACT,
THE INTERSTATE COMMERCE ACT,
THE WILSON TARIFF ACT,
THE NATIONAL LABOR RELATIONS ACT,

PURSUANT TO 28 USCS 1332 I INVOKE THE COURTS DIVERSITY JURISDICTION.

John Robert Demos
(Affiant's Name)

Affidavit pursuant to 28 U.S.C. 1746, <u>Dickerson v. Wainwright</u>, 626 F.2d 1184 (1980); Affidavit sworn as true and correct under penalty of perjury and has full force of law and does not have to be verified by Notary Public.

# AFFIDAVIT

STATE OF WASHINGTON ) 
) ss:
COUNTY OF WALLA WALLA

I, John Robert Demos, declare under penalty of perjury that the following statements within this affidavit are true and correct to the best of my knowledge and has been executed on this 21st day of October, 2016, THE WASHINGTON STATE PENITENTIARY in the County of Walla Walla, Washington:

A: I CHARGE THE DEFENDANTS WITH CONSPIRACY, AS THE DEFENDANT ENTITIES, FOREIGN SUPPLIER, AND IT'S AMERICAN SUBSIDIARIES, ARE OPERATED AND PORTRAYED AS "SINGLE GLOBAL ENTERPRISE" WITH KEY EXECUTIVES OVERLAPPING, AND VITAL MANAGEMENT PERSONNEL BEING ROTATED THROUGH POSITIONS IN THE UNITED STATES AND EUROPE.

_John R. Demos_
(Affiant's Name)

Subscribed and Sworn to before me this 20th day of October, 2016.

_Venetta E. Jackson_
Notary Public in and for the
State of Washington.
Residing in Walla Walla, WA
My commission expires April 1, 2017

**Notary Public
State of Washington
VENETTA E JACKSON
MY COMMISSION EXPIRES
APRIL 1, 2017**