IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN ROBERT DEMOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:16CV1277 |
| ) | |
| REYNOLDS AMERICAN, INC., et al., ) | |
| ) | |
| Defendant(s). ) | |

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on November 4, 2016, was served on the parties in this action. (ECF Nos. 3, 4.) No objections were filed within the time allowed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action be filed and DISMISSED *sua sponte* without prejudice to Plaintiff filing a new complaint accompanied by the $400.00 filing fee.

This, the 29th day of November, 2016.

　　　　　　　　　　　　　　　　　　　　/s/ Loretta C. Biggs
　　　　　　　　　　　　　　　　　　　United States District Judge